UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED TRUE COPY

ATTEST

By Tarrell L. Littleton on Sep 10, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

Aug 26, 2010

FILED
CLERK'S OFFICE

**IN RE: YASMIN AND YAZ (DROSPIRENONE)**
**MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION**

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**FILED**

SEP 1 0 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**CONDITIONAL TRANSFER ORDER (CTO-33)**

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 539 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 10, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _____
Deputy Clerk
Date _____ 9/10/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                    MDL No. 2100

## SCHEDULE CTO-33 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**CALIFORNIA NORTHERN**

| CAN | 3 | 10-3018 | Sherry Pablo, et al. v. Bayer Corp., et al. | *10-20418-DRH-PMF* |
| CAN | 3 | 10-3325 | Lakeisha Jordan v. McKesson Corp., et al. | *10-20419-DRH-PMF* |
| CAN | 3 | 10-3361 | Melody Whitaker, et al. v. McKesson Corp., et al. | *10-20420-DRH-PMF* |
| CAN | 3 | 10-3362 | Heather Walton v. McKesson Corp., et al. | *10-20421-DRH-PMF* |
| CAN | 3 | 10-3364 | Tamika Watkins v. McKesson Corp., et al. | *10-20422-DRH-PMF* |
| CAN | 4 | 10-3363 | Jamie White v. McKesson Corp., et al. | *10-20423-DRH-PMF* |

**ILLINOIS NORTHERN**

| ILN | 1 | 10-4408 | Alicia Robinson v. Bayer Healthcare Pharmaceuticals, Inc., et al. | *10-20424-DRH-PMF* |

**NEW JERSEY**

| NJ | 2 | 10-3908 | Jean Brown v. Bayer Corp., et al. | *10-20425-DRH-PMF* |
| NJ | 2 | 10-3909 | Jessica Sanders v. Bayer Corp., et al. | *10-20426-DRH-PMF* |
| NJ | 2 | 10-3910 | Laura Keiter, et al. v. Bayer Corp., et al. | *10-20427-DRH-PMF* |
| NJ | 2 | 10-3912 | Alexandria Beasley v. Bayer Corp., et al. | *10-20428-DRH-PMF* |
| NJ | 2 | 10-3915 | Gretchen Sullivan v. Bayer Corp., et al. | *10-20429-DRH-PMF* |
| NJ | 2 | 10-3916 | Nicole Clark, et al. v. Bayer Corp., et al. | *10-20430-DRH-PMF* |
| NJ | 2 | 10-3917 | Larissa Reynolds, et al. v. Bayer Corp., et al. | *10-20431-DRH-PMF* |

**OHIO NORTHERN**

| OHN | 5 | 10-1636 | Allison Young v. Bayer Corp., et al. | *10-20432-DRH-PMF* |